IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HARRISON DIVISION

RICHARD A. ZORN                                                                                      PLAINTIFF

v.                                        Case No. 3:10-cv-03076

MICHAEL J. ASTRUE, Commissioner
Social Security Administration                                                                DEFENDANT

## JUDGMENT

Currently before the Court is the Report and Recommendation (Doc. 11) dated January 3, 2012, by the Honorable Erin L. Setser, United States Magistrate Judge for the Western District of Arkansas. More than 14 days have passed without objections being filed by the parties.

The court has reviewed this case and, being well and sufficiently advised, finds that the Report and Recommendation is proper and should be and hereby is **ADOPTED IN ITS ENTIRETY**. Accordingly, the decision of the Administrative Law Judge is **AFFIRMED**. Plaintiff's Complaint is **DISMISSED WITH PREJUDICE**.

IT IS SO ORDERED this 21st day of February, 2012.

*/s/ P. K. Holmes, III*
P.K. HOLMES, III
UNITED STATES DISTRICT JUDGE